**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAM VOSBURGH, BOBBIE
VOSBURGH, and ROBERT TAYLOR,

       Plaintiffs,

v.                                        CASE NO. 06-15073
                                        HON. LAWRENCE P. ZATKOFF

BFS RETAIL & COMMERCIAL
OPERATIONS, LLC, a Delaware
limited liability company,

       Defendant.
_____/

**ORDER WITHDRAWING ORDER TO SHOW CAUSE AND SETTING ASIDE THE COURT'S ORDER DISMISSING PLAINTIFFS' STATE LAW CLAIMS**

On December 11, 2006, in response to Plaintiffs' Motion to Set Aside the Court's Order Dismissing Plaintiffs' State Law Claims, the Court ordered Plaintiffs to show cause as to the existence of complete diversity as a basis for the Court's jurisdiction. Plaintiffs filed a timely response, and the Court is satisfied that complete diversity exists in this matter. Accordingly, the Court HEREBY WITHDRAWS its Order to Show Cause (Docket # 5).

Additionally, in light of Plaintiffs' demonstration that complete diversity exists in this matter, IT IS ORDERED that the Court's Order Dismissing Plaintiffs' State Law Claims (Docket # 3) be SET ASIDE and Plaintiffs' state law claims be REINSTATED.

       IT IS SO ORDERED.

                                                   s/Lawrence P. Zatkoff
                                                   LAWRENCE P. ZATKOFF
                                                   UNITED STATES DISTRICT JUDGE

Dated: January 17, 2007

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 17, 2007.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290